```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 04 B 27896
   GAYE P BENTON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6361

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/28/2004 and was confirmed 09/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS ^ CURRENT MORTG        .00            .00           .00
COUNTRYWIDE HOME LOANS ^ MORTGAGE ARRE    6968.11            .00        6968.11
ADVANCE AMERICA          UNSECURED        1245.00            .00          70.48
ADVENTIST LAGRANGE MEMOR UNSECURED        NOT FILED          .00           .00
CINGULAR                 NOTICE ONLY      NOT FILED          .00           .00
OSI PORTFOLIO SERVICES   UNSECURED         109.94            .00           .00
COUNTRYWIDE HOME LOANS   NOTICE ONLY      NOT FILED          .00           .00
BANK FIRST VISA          UNSECURED        NOT FILED          .00           .00
BOWMAN HEINTZ BOSCIA & M NOTICE ONLY      NOT FILED          .00           .00
BROTHER LOAN & FINANCE   UNSECURED         696.10            .00          29.91
CAPITAL ONE              UNSECURED        NOT FILED          .00           .00
SBC/AMERITECH            NOTICE ONLY      NOT FILED          .00           .00
DAIMLER CHRYSLER SERVICE UNSECURED       10823.67            .00         612.76
AT & T WIRELESS          UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING  UNSECURED         960.00            .00          41.25
CYGNET FINANCIAL CORP    NOTICE ONLY      NOT FILED          .00           .00
COUNTRYWIDE HOME LOANS   NOTICE ONLY      NOT FILED          .00           .00
CFC FINANCIAL CORPORATIO UNSECURED         489.75            .00          21.04
ILLINOIS TITLE LOANS     UNSECURED        NOT FILED          .00           .00
INGALLS MEMORIAL HOSPITA UNSECURED        NOT FILED          .00           .00
INGALLS MEMORIAL HOSPITA UNSECURED        NOT FILED          .00           .00
INPATIENT CONSULTANTS OF UNSECURED        NOT FILED          .00           .00
LENDER SIR FINANCE       UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO          NOTICE ONLY      NOT FILED          .00           .00
ADVENTIST LAGRANGE MEMOR NOTICE ONLY      NOT FILED          .00           .00
MCI                      UNSECURED        NOT FILED          .00           .00
MEDCLR INC               UNSECURED        NOT FILED          .00           .00
SPIEGEL                  NOTICE ONLY      NOT FILED          .00           .00
MEDCLR                   NOTICE ONLY      NOT FILED          .00           .00
MCI WORLDCOM             NOTICE ONLY      NOT FILED          .00           .00
NEUROLOGY ASSOCIATES LTD UNSECURED        NOT FILED          .00           .00
AT&T                     NOTICE ONLY      NOT FILED          .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 27896 GAYE P BENTON
```

```
MCI COMMUNICATIONS        NOTICE ONLY    NOT FILED              .00            .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED              .00            .00
NCM TRUST                 UNSECURED         897.43              .00          38.55
SEARS                     NOTICE ONLY    NOT FILED              .00            .00
SIR FINANCE               UNSECURED        1156.00              .00          65.44
JEFFERSON CAPITAL SYSTEM  UNSECURED         875.51              .00          37.61
ST FRANCIS HOSPITAL & HE  UNSECURED      NOT FILED              .00            .00
SURE TEL INC              UNSECURED      NOT FILED              .00            .00
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED              .00            .00
COLLECTX INC              UNSECURED      NOT FILED              .00            .00
US CASH                   UNSECURED         231.02              .00            .00
INGALLS HOSPITAL          NOTICE ONLY    NOT FILED              .00            .00
COUNTRYWIDE HOME LOANS ^  COST OF COLLE       .00               .00            .00
LEGAL HELPERS PC          DEBTOR ATTY     1,690.00                         1,690.00
TOM VAUGHN                TRUSTEE                                            547.07
DEBTOR REFUND             REFUND                                             842.78
```

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                10,965.00

PRIORITY                                              .00
SECURED                                          6,968.11
UNSECURED                                          917.04
ADMINISTRATIVE                                   1,690.00
TRUSTEE COMPENSATION                               547.07
DEBTOR REFUND                                      842.78
                       ---------------        ---------------
TOTALS                 10,965.00                10,965.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 07/17/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE